IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. KILLINGSWORTH, | ) | 4:11CV3222 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DIANE SABATKA-RINE, Warden, | ) | |
| and ROBERT HOUSTON, Director, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion for an Evidentiary Hearing. (Filing No. 34.) The court dismissed this matter on November 5, 2012, because the Petition for Writ of Habeas Corpus was barred by the applicable statute of limitations. (Filing No. 32.) As such, no evidentiary hearing is warranted.

IT IS THEREFORE ORDERED that: Petitioner's Motion for an Evidentiary Hearing (filing no. 34) is denied.

DATED this 14th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge